# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| PIAOWAKA C. WINDWOLF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12CV2157 JAR |
| | ) | |
| FREDDIE MAX, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. Plaintiff's complaint failed to establish any basis for this Court's jurisdiction, and on January 7, 2013, the Court directed plaintiff to submit an amended complaint establishing subject matter jurisdiction.

Plaintiff has submitted two documents with the Court since January 7, 2013; neither of which are a complaint, and neither of which demonstrate that this Court has jurisdiction over plaintiff's case. Plaintiff's January 17, 2013, document appears to be something she prepared for bankruptcy court proceedings. And her January 23, 2013, document is a letter to the Court wherein she discusses other actions apparently pending in other courts. As a result, plaintiff has failed to comply with the Court's instructions, and failed to demonstrate in any way that this Court has jurisdiction

therefore the Court will dismiss this action for failure to prosecute. Fed. R. Civ. P. 41(b).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

An Order of Dismissal will be filed with this Memorandum and Order.

Dated this 12th day of February, 2013.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE